UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR PEREZ,

                Plaintiff,

-v-

PRIME KO, *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/10

No. 10 Civ. 7871 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendants dated October 26, 2010, requesting an extension of time to respond to the Complaint until December 1, 2010 and an adjournment of the deadlines contained in the Court's Order dated October 19, 2010. The request is HEREBY GRANTED and the deadline to respond to the Complaint is adjourned until December 1, 2010. IT IS FURTHER ORDERED that the parties shall submit a joint letter and proposed case management plan, according to the terms of the October 19 Order, no later than December 6, 2010, at 4:00 p.m. The initial conference previously scheduled for December 3, 2010 is HEREBY ADJOURNED until December 17, 2010, at 9:30 a.m.

SO ORDERED.

Dated:    October 26, 2010
           New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE